

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00287-CR

CHRISTIAN EUGENE WHEELER, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 221st District Court of Montgomery County.
(Tr. Ct. No. 12-09-09602-CR-CTII).

**TO THE 221ST DISTRICT COURT OF MONTGOMERY COUNTY, GREETINGS:**

Before this Court, on the 27th day of March 2014, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on December 14, 2012. The Supreme Court of Texas transferred the appeal from the Court of Appeals for the Ninth District of Texas to this Court. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

> The Court **orders** that this decision be certified below for observance.

Judgment rendered March 27, 2014.

Panel consists of Justices Keyes, Bland, and Brown.   Opinion delivered by Justice Keyes.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 29, 2015

Date



CHRISTOPHER A. PRINE
CLERK OF THE COURT